STATE OF NEW JERSEY v. LEE DANIELS.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE DANIELS.

November 7, 1984.

Cross-petition for certification denied.

ORANGE AND ROCKLAND UTILITIES INC. v. GENERAL
ELECTRIC COMPANY.

November 7, 1984.

Petition for certification denied.

WILLIAM T. HERTEN v. STATE OF NEW JERSEY, BOARD OF
TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM,
DIVISION OF PENSIONS, DEPARTMENT OF THE TREASURY.

November 7, 1984.

Petition for certification denied.